**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| **IN RE:** | **CHAPTER 13** |
| **EDWARD C. TOMASZEWSKI, JR.** | |
| **DEBTOR(S)** | **CASE NO. 19-16769JKF13** |

**CERTIFICATION OF NO RESPONSE**

I, Michael A. Cataldo, hereby certify that neither an objection to the proposed compensation nor any other application for administrative expense were filed in the above captioned matter and seek an order approving Fees to Cibik & Cataldo, PC.

Dated:  April 22, 2020                     CIBIK & CATALDO, P.C.
                                           ATTORNEY FOR DEBTOR(S)

                                           By: /s/ MICHAEL A. CATALDO
                                           1500 Walnut Street, Suite 900
                                           Philadelphia, PA 19102
                                           Tel: (215) 735-1060
                                           Fax: (215) 735-6769
                                           Email: ccpc@ccpclaw.com