**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: EDWARD TOMASZEWSKI, <br> Debtor(s). | Case No. 19-16769JKF13 <br><br> Chapter 13 |

**ORDER APPROVING APPLICATION FOR COMPENSATION**

**AND NOW**, this _____ day of _____, 20_____, upon consideration of the Application for Compensation, it is

**ORDERED** that compensation of **$4,000.00** is allowed and the balance due to counsel in the amount of **$2,000.00** may be disbursed by the Trustee to the extent provided for in the confirmed plan.

BY THE COURT

*[signature]*

**Date: April 23, 2020**

HON. JEAN K. FITZSIMON
UNITED STATES BANKRUPTCY JUDGE