United States Bankruptcy Court
Eastern District of Pennsylvania

In re:  
Edward C. Tomaszewski, Jr.  
     Debtor

Case No. 19-16769-jkf  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0313-2     User: SaraR     Page 1 of 1     Date Rcvd: Apr 23, 2020  
                     Form ID: pdf900    Total Noticed: 3

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 25, 2020.  
db        +Edward C. Tomaszewski, Jr.,   2724 E. Allegheny Avenue,   Philadelphia, PA 19134-5916  
cr        +M&T Bank,   c/o Stern & Eisenberg, PC,   1581 Main Street, Suite 200,   Warrington, PA 18976-3403  
nof      +Sandra Tomaszewski,   2724 E. Allegheny Avenue,   Philadelphia, PA 19134-5916

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                                         TOTAL: 0

        ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                              TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 25, 2020                                                Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 23, 2020 at the address(es) listed below:  
        DANIEL P. JONES   on behalf of Creditor   M&T Bank djones@sterneisenberg.com, bkecf@sterneisenberg.com  
        MICHAEL A. CATALDO2   on behalf of Debtor Edward C. Tomaszewski, Jr. ecf@ccpclaw.com, igotnotices@ccpclaw.com  
        MICHAEL A. CIBIK2   on behalf of Debtor Edward C. Tomaszewski, Jr. ecf@ccpclaw.com, igotnotices@ccpclaw.com  
        REBECCA ANN SOLARZ   on behalf of Creditor   M&T Bank bkgroup@kmllawgroup.com  
        SCOTT F. WATERMAN (Chapter 13)   ECFMail@ReadingCh13.com  
        United States Trustee   USTPRegion03.PH.ECF@usdoj.gov  
                                                                                                                 TOTAL: 6

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

IN RE: EDWARD TOMASZEWSKI,
                Debtor(s).

Case No. 19-16769JKF13

Chapter 13

**ORDER APPROVING APPLICATION FOR COMPENSATION**

      **AND NOW**, this _____ day of _____, 20\_\_\_\_\_, upon consideration of the Application for Compensation, it is

      **ORDERED** that compensation of **$4,000.00** is allowed and the balance due to counsel in the amount of **$2,000.00** may be disbursed by the Trustee to the extent provided for in the confirmed plan.

BY THE COURT

_/s/ Jean K. FitzSimon_

HON. JEAN K. FITZSIMON
UNITED STATES BANKRUPTCY JUDGE

**Date: April 23, 2020**